IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, Vivian

Printed: 1/22/08

Case Number: 07 B 06597
Judge: Goldgar, A. Benjamin
Filed: 4/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: November 12, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,480.00 |  |
| Secured: |  | 1,800.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 102.74 |
| Other Funds: |  | 577.26 |
| Totals: | 2,480.00 | 2,480.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 2. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 24,106.00 | 900.00 |
| 5. | JP Morgan Chase Bank | Secured | 32,363.00 | 900.00 |
| 6. | Illinois Dept of Revenue | Priority | 664.92 | 0.00 |
| 7. | Internal Revenue Service | Priority | 4,484.39 | 0.00 |
| 8. | JP Morgan Chase Bank | Unsecured | 159.43 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 75.00 | 0.00 |
| 10. | HSBC Auto Finance | Unsecured | 7.35 | 0.00 |
| 11. | Capital One | Unsecured | 320.55 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 87.00 | 0.00 |
| 13. | Dell Financial Services, Inc | Unsecured | 193.12 | 0.00 |
| 14. | Capital One | Unsecured | 58.84 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 3.40 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 497.38 | 0.00 |
| 17. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Capital One | Unsecured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 21. | Lou Harris | Unsecured |  | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 23. | RMI/MCSI | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 63,020.38 | $ 1,800.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wilson, Vivian | Case Number:  07 B 06597 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  1/22/08 | Filed:  4/12/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 102.74 |
| | _____ |
| | $ 102.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

